ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-33 (RHK/RLE)

| | | |
|---|---|---|
| LARRY TAYLOR, ALBERT, LACEY WILSON, Petitioner, | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Judge, pursuant to Respondent's request for enlargement of time.

WHEREFORE IT IS ORDERED,

That Respondent shall have until March 12, 2001, in which to respond to Petitioner's habeas petition.

Dated: 2/20/01

RAYMOND L. ERICKSON
United States Magistrate Judge

FEB 20 2001
FRANCIS E. DOSAL, CLERK

(5)