# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Larry Taylor, a/k/a Albert Lacey Wilson

Case No. Civil 01-33RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

U.S. District Court for the District of Minnesota

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**; from the record before the court, how the issues about which Taylor complains contain any such defect or are "debatable among reasonable jurists," the court concludes that Taylor is not entitled to a certificate of appealability.

DATE: July 16, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk